# NO. 12-11-00173-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|                          |   |                            |
|--------------------------|---|----------------------------|
|                          | § | *APPEAL FROM THE THIRD*     |
| *EX PARTE:   JOHN CLOUD* | § | *JUDICIAL DISTRICT COURT*   |
|                          | § | *ANDERSON COUNTY, TEXAS*    |

### MEMORANDUM OPINION
### PER CURIAM

Appellant John Cloud filed a "Petition to Appear and Present to the Anderson Co., TX Grand Jury" seeking to present evidence of alleged criminal acts committed by certain employees of the Texas Department of Criminal Justice. The trial court dismissed Appellant's petition. Appellant filed a motion for reconsideration, which was denied. He now attempts to appeal the order denying his motion for reconsideration.

As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See Workman v. State*, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (Tex. Crim. App.1961). However, there are certain narrow exceptions. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a judgment of conviction nor does it fall within any exception to the general rule. Therefore, we have no jurisdiction over the appeal.

On June 7, 2011, this court notified Appellant that the information received in this appeal does not include a final judgment or other appealable order and therefore does not show the jurisdiction of this court. *See* TEX. R. APP. P. 37.2. Appellant was further notified that the appeal would be dismissed unless the information was amended on or before July 7, 2011, to show the jurisdiction of this court. *See* TEX. R. APP. P. 44 .3. In response, Appellant filed a second notice of appeal, but did not show that this court has jurisdiction of the appeal. Accordingly, the appeal

is ***dismissed for want of jurisdiction***.   *See* TEX. R. APP. P. 42.3(a).

Opinion delivered June 30, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)